# United States Court of Appeals for the Federal Circuit

———————————

November 20, 2019

## ERRATA

———————————

Appeal Nos. 2019-1368, 2019-1369

**SANOFI-AVENTIS DEUTSCHLAND GMBH,**
*Appellant*

**v.**

**MYLAN PHARMACEUTICALS INC.,**
*Appellee*

Decided:  November 19, 2019
Non-Precedential Opinion

———————————

Please make the following change:

On page 20, footnote 4, line 2, "decision" is changed to "decisions"